Nate GOLDBERG et al., Appellants, v. UNIT-
ED STATES of America, Appellee.

No. 7037.

Circuit Court of Appeals, Fifth Circuit.

March 21, 1934.

Hugh M. Wilkinson and Edwin H. Grace, both of New Orleans, La., for appellants.

Rene A. Viosca, U. S. Atty., and William H. Norman, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

BY THE COURT.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act. Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. —— (opinion filed February 5, 1934), the judgment is reversed and annulled.

The GREAT ATLANTIC & PACIFIC TEA CO. v. Jeannette COOK, a Minor of the age of 11 years, by Harry A. Cook, her Father and next Friend.

No. 6398.

Circuit Court of Appeals, Sixth Circuit.

March 8, 1934.

Kuth & Ehrke, of Cleveland, Ohio, for appellant.

Smoyer, Kennedy, Smoyer & Vogel, of Akron, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

The GREAT ATLANTIC & PACIFIC TEA CO. v. Raymond W. ROYER.

No. 6399.

Circuit Court of Appeals, Sixth Circuit.

March 8, 1934.

Kuth & Ehrke, of Cleveland, Ohio, for appellant.

Smoyer, Kennedy, Smoyer & Vogel, of Akron, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.

Clifton GREEN, Appellant, v. UNITED STATES of America, Appellee.*

No. 7211.

Circuit Court of Appeals, Fifth Circuit.

April 20, 1934.

Howard Dailey, of Dallas, Tex., for appellant.

Clyde O. Eastus, U. S. Atty., of Fort Worth, Tex., and Joe H. Jones, Asst. U. S. Atty., of Dallas, Tex.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

PER CURIAM.

The judgment is affirmed.